COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re L.D.H. and J.J.R.G.

Appellate case number:        01-19-00130-CV

Trial court case number:      2015-01818J-A

Trial court:                  313th District Court of Harris County

Relator, Angela Cantu, has filed an unopposed motion to abate this original proceeding "while the parties pursue their resolution of this case."  We **grant** the motion and **abate the proceeding.**

Unless the parties file, no later than July 15, 2019, a motion to reinstate and dismiss or otherwise dispose of relator's petition, a motion to reinstate and proceed with this original proceeding, or a report advising the Court of the status of the trial court proceedings, this original proceeding may be reinstated and dismissed without further notice.

This Court's February 26, 2019 order staying the trial court's February 22, 2019 order lifting "[t]he prior 'no movement order'" and permitting the Department of Family and Protective Services "to place the children with relatives in Panama" continues to remain effective until disposition of relator's petition for a writ of mandamus or further order of this Court.

The original proceeding is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                   ☑ Acting individually     ☐ Acting for the Court

Date: __April 23, 2019____